# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00059-CV

### In re Nathaniel Lee Thompson and Nate L. Thompson, Inc. d/b/a Triumphant Transition Partners

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators and Real Party in Interest have filed a joint motion to dismiss this original proceeding with prejudice. The parties have agreed that the costs of this original proceeding shall be paid by the party incurring the costs. *See* Tex. R. App. P. 42.1(d). The parties have also agreed that our mandate should issue immediately. *See id.* R. 18.1(c). However, we do not issue mandates in original proceedings. Therefore, we deny the parties' motion in part as no mandate will issue.

We grant the remainder of the parties' joint motion and dismiss this matter with prejudice. *See id.* R. 42.1(a)(2), 43.2(f).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: July 22, 2025